UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOB H. VANLEUSDEN    :    CHAPTER 13
:
DEBTOR    :    BANKRUPTCY NO. 12-12493-ref

STIPULATION AND CONSENT ORDER
RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 38

AND NOW, this *as of* __21__ day of __December__, 20__12__, the Debtor, Job H. Vanleusden, by and through his counsel, Charles J. Phillips, Esquire, Eden R. Bucher, Esquire and Leisawitz Heller Abramowitch Phillips, P.C., and Seterus, Inc., as servicing agent for Federal National Mortgage Association, Creditor (hereinafter "Seterus"), by and through its counsel, Martha E. Von Rosenstiel, Esquire, hereby enter into this Stipulation Resolving Debtor's Objection to Proof of Claim No. 38.

## BACKGROUND

WHEREAS, on July 30, 2012, Seterus filed secured Proof of Claim No. 38 (the "Proof of Claim") in the amount of $61,864.94 in the Debtor's bankruptcy case; and

WHEREAS, on October 30, 2012, Debtor filed an Objection to Seterus' Proof of Claim; and

WHEREAS, the Debtor and Seterus desire to resolve the Debtor's Objection to the Proof of Claim pursuant to the terms set forth hereinbelow.

NOW, THEREFORE, and intending to be legally bound hereby, the Debtor and Seterus hereby stipulate and agree as follows:

{00491852 }

1. The Proof of Claim shall be allowed as a secured claim in the amount of Forty Thousand and 00/100 Dollars ($40,000.00), with an arrearage amount of Zero Dollars ($0).

2. The remainder of the Proof of Claim shall be allowed as an unsecured claim in the amount of Twenty-One Thousand Eight Hundred Sixty-Four and 94/100 Dollars ($21,864.94).

3. The terms of this Stipulation and Consent Order shall be binding upon the Debtor, Seterus, and their respective heirs and assigns upon the approval hereof by the Bankruptcy Court.

IN WITNESS WHEREOF, the undersigned have caused this Stipulation and Consent Order to be executed on the day and year first above written.

MARTHA E. VON ROSENSTIEL, P.C.          LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C.

By: /s/ Martha E. Von Rosenstiel          By: /s/ Eden R. Bucher
     Martha E. Von Rosenstiel, Esquire        Eden R. Bucher, Esquire

AND NOW, this **21** day of **December**, 20**12**, this Stipulation and Consent Order is hereby approved and entered as an Order of the Bankruptcy Court.

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

{00491852 }

2