Certificate Number: 17572-PAE-DE-028374917

Bankruptcy Case Number: 12-12493



17572-PAE-DE-028374917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 17, 2016</u>, at <u>11:09</u> o'clock <u>AM PST</u>, <u>Job H Van Leusden</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>November 17, 2016</u>          By:    <u>/s/Arman Polat</u>

                                        Name:    <u>Arman Polat</u>

                                        Title:    <u>Counselor</u>