United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 12-12493-ref
Job H. Van Leusden                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 4             Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW           Total Noticed: 109

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
```
db              Job H. Van Leusden,    325 Miller Road,    Reading, PA  19608-2009
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
sp             +James R. Rosato, Jr.,    133 East Lancaster Avenue,    Downingtown, PA 19335-2917
r              +Monica Carlisle,    ReMax of Reading,    1290 Broadcasting Road,    Wyomissing, PA 19610-3203
cr             +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 300,    Moorpark, CA 93021-2602
12700505       +Account Recovery,    555 Van Reed Road,    Wyomissing, PA 19610-1756
12700507       +America's Servicing Co,    P.O. Box 10328,    Des Moines, IA 50306-0328
12700508       +Bank of Amercia,    P.O. Box 15726,    Wilmington, DE 19886-5726
12700509        Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
12700510        Bank of America,    P.O. Box 15480,    Wilmington, DE 19850
12700511        Bank of America,    P.O. Box 15167,    Wilmington, DE 19850
12760664       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12816138       +Bank of America, N.A.,    Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12840260        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12813655       +Bank of America, N.A.,    c/o Margaret Gairo,    123 S. Broad St., Ste. 2080,
                 Phila. PA 19109-1031
12711645       +Bank of America, N.A.,    c/o Kevin T. McQuail, Esq.,    123 South Broad Street, Suite 2089,
                 Philadelphia, PA 19109-1029
12761191       +Bank of America, N.A.,    c/o Josh L. Goldman, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12762448       +Bank of America, NA,    c/o Troy Sellars, Eq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13330753        Bank of America, NA,    c/o Jill Manuel-Coughlin, Esq.,    1310 Industrial Bouelvard, 2nd Floo,
                 Suite 202,    Southampton, PA 19866
12756760       +Berks County Tax Claim Bureau,    633 Court Street,    2nd Fl. Svc. Ctr.,    Reading PA 19601-4302
12700526      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     P.O. Box 6029,    The Lakes, NV 88901)
12700512        Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
12744573        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12801384       +Charles J. Phillips,Esquire,    Leisawitz Heller Abramowitch Phillips, P,    2755 Century Blvd,
                 Wyomissing, PA 19610,    6 19610-3346
12700514       +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
12700515        Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
12700516        Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
12700517       +Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ 85062-8420
12700518        Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
12801401       +City of Reading,    Solid Waste Recycling,    815 Washington Street,    Reading, PA 19601-3690,
                 8 19601-3690
12781270       +City of Reading,    Portnoff Law Associates, LTD,    P.O. Box 391,    Norristown PA 19404-0391
12700519        City of Reading,    P.O. Box 8080,    Philadelphia, PA 19101-8080
12700520       +City of Reading,    c/o Maria Kantner,    815 Washington Street,    Reading, PA 19601-3690
12700521       +City of Reading c/o Portnoff Law Assoc.,    1000 Sandy Hill Road, Suite 150,
                 Norristown, PA 19401-4181
12700522        Department of the Treasury,    Financial Mgt. Svc.,    P.O. box 830794,
                 Birmingham, AL 35283-0794
12700523       +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
13531878        Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13661162        Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047
12700524        Frontline Asset Strategies,    1935 West Country Road #300,    Suite 425,
                 Saint Paul, MN 55113-2797
13847687       +Green Tree Servicing, LLC,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13104350       +Green Tree Servicing, LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12700529        HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
12700527        Hayt, Hayt & Landau, LLC,    P.O. Box 500,    Eatontown, NJ 07724-0500
12700528        Household Bank,    P.O. Box 81633,    Salinas, CA 93912
12700530       +J.C. Christensen & Assocates, Inc,    P.O. box 519,    Sauk Rapids, MN 56379-0519
12711644       +J.P. Morgan Chase Bank, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
12749617       +JP Morgan Chase Bank, NA,    c/o Leslie J. Rase, Esq.,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
12817199       +JPMorgan Chase Bank, N.A.,    Mail codeLA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
```

```
District/off: 0313-4          User: Angela              Page 2 of 4                   Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW           Total Noticed: 109


12803240       +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,,   Mail codeLA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
12700531       +Lillian B. Cramsey Tax Coll.,    2850 Windmill Road,    Spring Twp Building,
                 Sinking Spring, PA 19608-1668
12801501        Main Street Acquisition Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13676796      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
12700536       +Nelson H. Long, CPA, Treasurer,    Berks County Services Center,    633 Court Street, 2nd Floor,
                 Reading, PA 19601-3552
12700538       +North Shore Agency,    P.O. Box 4945,    Trenton, NJ 08650-4945
12700539       +Nudelman Nudelman & Ziering,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
12700540       +Nudelman, Nudelman & Golub,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
13256139       +PennyMac Loan Services, LLC,    c/o Aldridge Connors, LLP,    15 Piedmont Center,
                 3575 Piedmont Road, NE Suite 500,    Atlanta, GA 30305-1636
13251198       +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
12700541       +Phillips & Cohen Associates,    P.O. Box 48458,    Oak Park, MI 48237-6058
12700542       +Pioneer Credit Recovery, Inc,    P.O. Box 189,    Arcade, NY 14009-0189
12700543       +Portnoff Law Associates, LTD,    P.O. Box 391,    Norristown, PA 19404-0391
12700545        Pro Consulting Services, Inc,    Collection Division,    Houston, TX 77266-6768
12700547       +Seterus,   Martha E. Von Rosenstiel, PC,    649 South Avenue,    Secane PA 19018-3541
12700548       +Small Business Administration,    801 Tom Martin Drive, Suite 120,    Stockton, CA 95211-0001
12823549       +Sovereign Bank, N.A.,    3 Huntington Quad., Suite 101N,    Melville, NY 11747-4624
12700550        Stoneleigh Recovery Associates, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
12700551        Suburban Propane,    P.O. Box 206,    Whippany, NJ 07981 -0206
12700552       +TLM Financial, LLC,    133 East Lancaster Avenue,    Downingtown, PA 19335-2917
12801385       +Township of Cumru,    Accounts Recovery Bureau, Inc.,    P.O. Box 6788,
                 Wyomissing, PA 19610-0768,   6 19610
12700554       +United Collection Bureau, Inc,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
12789543        Verizon,   PO BOX 3037,    Bloomington, IL 61702-3037
12789542       +Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
12825850       +WELLS FARGO BANK, NA, Et al,    AMERICA’S SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 MAC # D3347-014,   3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
12713005       +Wells Fargo Bank, N.A.,    100 W Washington Street,    Phoenix, AZ 85003-1828
12826367       +Wells Fargo Bank, NA,    c/o Jerome Blank, Esq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Apr 27 2017 01:39:39      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 27 2017 01:39:36
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,   Irving, TX  75063,
                 UNITED STATES
cr              E-mail/Text: camanagement@mtb.com Apr 27 2017 01:39:16      M&T Bank,   PO Box 767,
                 Buffalo, NY  14240-0767
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:45
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12700506        E-mail/Text: bkr@cardworks.com Apr 27 2017 01:39:05      Advanta Bank Corp,    P.O. Box 8088,
                 Philadelphia, PA 19101-8088
12728857        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 27 2017 01:39:36
                 AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
                 IRVING, TX 75016-8088
12751522        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:53
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,   PO Box 269093,
                 Oklahoma City, OK  73126-9093
12700513        E-mail/Text: jessicajones@cpcrecovery.com Apr 27 2017 01:40:02      Central Portfolio Control,
                 6640 Shady Oak Road #300,   Eden Prairie, MN 55344-7710
13030004        E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15      Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
13081356        E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15      Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049
13067036        E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15      Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL 60055-0049
12700527        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 27 2017 01:39:36      Honda Financial Services,
                 P.O. Box 6034,   Newark, DE 19714
12700532       +E-mail/Text: ebn@ltdfin.com Apr 27 2017 01:39:16      LTD Financial Services, LP,
                 7322 Southwest Frwy Suite 1600,    Houston, TX 77074-2134
12763958        E-mail/Text: camanagement@mtb.com Apr 27 2017 01:39:16      M & T BANK,    1100 WEHRLE DRIVE,
                 WILLIAMSVILLE, NY 14221
12700534        E-mail/Text: camanagement@mtb.com Apr 27 2017 01:39:16      M&T Bank,   P.O. Box 427,
                 Buffalo, NY 14240
12700533        E-mail/Text: camanagement@mtb.com Apr 27 2017 01:39:16      M&T Bank,   P.O. Box 62146,
                 Baltimore, MD 21264-2146
```

```
District/off: 0313-4          User: Angela                 Page 3 of 4                   Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW              Total Noticed: 109
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12758213         E-mail/Text: bkr@cardworks.com Apr 27 2017 01:39:05      Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13028223         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 01:40:53      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
12700535        +E-mail/Text: bankruptcydepartment@tsico.com Apr 27 2017 01:40:05      NCO Financial Systems, Inc,
                 P.O. Box 15630,    Dept 15,    Wilmington, DE 19850-5630
12700537        +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 27 2017 01:39:43
                 Nelson Watson & Associates, LLC,    80 Merrimack Street Lower Level,
                 Haverhill, MA 01830-5211
12814513         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:40:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12700544        +E-mail/Text: bankolist@praxis-financial.com Apr 27 2017 01:39:39
                 Praxis Financial Solutions, Inc.,    7331 N Lincoln Avenue,    Lincolnwood, IL 60712-1732
12700549        +E-mail/Text: cop@santander.us Apr 27 2017 01:39:17      Sovereign Bank,    P.O. Box 12707,
                 Reading, PA 19612-2707
12700553        +E-mail/Text: birminghamtops@sba.gov Apr 27 2017 01:39:43      U.S. Small Business Administration,
                 801 Tom Martin Drive suite 120,    Birmingham, AL 35211-6424
12700555        +E-mail/Text: ebn@vantagesourcing.com Apr 27 2017 01:39:44      Vantage Sourcing,    P.O. Box 6786,
                 Dothan, AL 36302-6786
12700556        +E-mail/Text: BKRMailOps@weltman.com Apr 27 2017 01:39:35      Weltman Weinberg & Reis,
                 525 Vine Street,    Suite 800,    Cincinnati, OH 45202-3171
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*          ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree Servicing LLC,    PO Box 6154,
                Rapid City, SD 57709-6154)
cr*           Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0049
cr*           Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX 77210-4457
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                Dallas, TX 75261-9741)
12824713*    +America's Servicing, Co.,    P.O. Box 10328,    Des Moines, IA 50306-0328
12819952*    +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13046337*    +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13661163*     Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                PO Box 1047 Hartford, CT 06143-1047
13081546*     Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049
13028916*     Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                Houston, TX 77210-4457
                                                                                   TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A.SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
```

```
District/off: 0313-4          User: Angela              Page 4 of 4                  Date Rcvd: Apr 26, 2017
                              Form ID: 138NEW           Total Noticed: 109


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CHARLES J. PHILLIPS    on behalf of Plaintiff Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHARLES J. PHILLIPS    on behalf of Debtor Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Defendant    JP Morgan Chase Bank, National Association
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    Bank of America paeb@fedphe.com
              D. TROY SELLARS    on behalf of Defendant    BANK OF AMERICA paeb@fedphe.com
              EDEN R. BUCHER    on behalf of Debtor Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              EDEN R. BUCHER    on behalf of Plaintiff Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               heather@mvrlaw.com, Diane@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., Jeniece@MVRLAW.COM,
               bonnie@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
               FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. DBA AMERICAS SERVICING COMPANY
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor    JPMorgan Chase Bank, National Association
               kfialkoff@duanemorris.com
              KENYA D. BATES    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              KEVIN H. BURAKS    on behalf of Creditor    City of Reading kburaks@portnoffonline.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               marty@mvrlaw.com, erin@mvrlaw.com
              MARTHA E. VON ROSENSTIEL    on behalf of Defendant    Seterus, Inc. marty@mvrlaw.com,
               erin@mvrlaw.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 43
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Job H. Van Leusden
    Debtor(s)

Bankruptcy No: 12−12493−ref
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/26/17

261 − 260
Form 138_new