United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-12493-ref
Job H. Van Leusden                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Angela              Page 1 of 2            Date Rcvd: Apr 27, 2017
                             Form ID: 212              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db             Job H. Van Leusden,    325 Miller Road,    Reading, PA  19608-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
              ANDREW    SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
              ANDREW    SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A.SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CHARLES J. PHILLIPS    on behalf of Debtor Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHARLES J. PHILLIPS    on behalf of Plaintiff Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Defendant    JP Morgan Chase Bank, National Association
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    Bank of America paeb@fedphe.com
              D. TROY SELLARS    on behalf of Defendant    BANK OF AMERICA paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP D.Troy.Sellars@usdoj.gov
              EDEN R. BUCHER    on behalf of Debtor Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              EDEN R. BUCHER    on behalf of Plaintiff Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               heather@mvrlaw.com,   Diane@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
               FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., Jeniece@MVRLAW.COM,
               bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. DBA AMERICAS SERVICING COMPANY
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com

```
District/off: 0313-4          User: Angela              Page 2 of 2                   Date Rcvd: Apr 27, 2017
                              Form ID: 212              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA   FIALKOFF    on behalf of Creditor    JPMorgan Chase Bank, National Association
               kfialkoff@duanemorris.com
              KENYA D. BATES    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              KEVIN H. BURAKS    on behalf of Creditor    City of Reading kburaks@portnoffonline.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               marty@mvrlaw.com, erin@mvrlaw.com
              MARTHA E. VON ROSENSTIEL    on behalf of Defendant    Seterus, Inc. marty@mvrlaw.com,
               erin@mvrlaw.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                              TOTAL: 43
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Job H. Van Leusden

Debtor(s)  Case No: 12–12493–ref

___

*ORDER*

AND NOW, 4/27/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Richard E. Fehling

    Judge ,United States Bankruptcy Court

262
Form 212