United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Job H. Van Leusden  
    Debtor

Case No. 12-12493-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3     Date Rcvd: Jun 02, 2017  
                  Form ID: 3180W     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.

```
db               Job H. Van Leusden,    325 Miller Road,    Reading, PA  19608-2009
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12824713        +America's Servicing, Co.,    P.O. Box 10328,    Des Moines, IA 50306-0328
12756760        +Berks County Tax Claim Bureau,    633 Court Street,    2nd Fl. Svc. Ctr.,    Reading PA 19601-4302
12801384        +Charles J. Phillips,Esquire,    Leisawitz Heller Abramowitch Phillips, P,    2755 Century Blvd,
                  Wyomissing, PA 19610,   6 19610-3346
12801401        +City of Reading,    Solid Waste Recycling,    815 Washington Street,    Reading, PA 19601-3690,
                  8 19601-3690
12781270        +City of Reading,    Portnoff Law Associates, LTD,    P.O. Box 391,    Norristown PA 19404-0391
12700520        +City of Reading,    c/o Maria Kantner,    815 Washington Street,    Reading, PA 19601-3690
12700521        +City of Reading c/o Portnoff Law Assoc.,    1000 Sandy Hill Road, Suite 150,
                  Norristown, PA 19401-4181
13531878         Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
13661162         Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                  PO Box 1047 Hartford, CT 06143-1047
12817199        +JPMorgan Chase Bank, N.A.,    Mail codeLA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13676796       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13251198        +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
12700547        +Seterus,    Martha E. Von Rosenstiel, PC,    649 South Avenue,    Secane PA 19018-3541
12700551         Suburban Propane,    P.O. Box 206,    Whippany, NJ 07981 -0206
12801385        +Township of Cumru,    Accounts Recovery Bureau, Inc.,    P.O. Box 6788,
                  Wyomissing, PA 19610-0768,   6 19610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             +E-mail/Text: robertsl2@dnb.com Jun 03 2017 00:53:05      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2017 00:52:34
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2017 00:53:10      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12728857         EDI: HNDA.COM Jun 03 2017 00:53:00      AMERICAN HONDA FINANCE CORPORATION,
                  NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
12751522         EDI: AIS.COM Jun 03 2017 00:53:00      American InfoSource LP as agent for,
                  InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK  73126-9093
12816138        +EDI: BANKAMER.COM Jun 03 2017 00:53:00      Bank of America, N.A.,    Bank of America, N.A.,
                  7105 Corporate Drive,    Plano, TX 75024-4100
12760664        +EDI: BANKAMER.COM Jun 03 2017 00:53:00      Bank of America, N.A.,    7105 Corporate Drive,
                  Plano, TX 75024-4100
12744573         EDI: CAPITALONE.COM Jun 03 2017 00:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13030004         E-mail/Text: bankruptcy.bnc@ditech.com Jun 03 2017 00:52:29      Green Tree Servicing, LLC,
                  P.O. Box 6154,    Rapid City, SD 57709-6154
13081356         E-mail/Text: bankruptcy.bnc@ditech.com Jun 03 2017 00:52:29      Green Tree Servicing LLC,
                  PO BOX 0049,    Palantine, IL 60055-0049
13067036         E-mail/Text: bankruptcy.bnc@ditech.com Jun 03 2017 00:52:29      Green Tree Servicing LLC,
                  PO Box 0049,    Palatine, IL 60055-0049
12763958         E-mail/Text: camanagement@mtb.com Jun 03 2017 00:52:30      M & T BANK,    1100 WEHRLE DRIVE,
                  WILLIAMSVILLE, NY 14221
12801501         EDI: BL-CREDIGY.COM Jun 03 2017 00:53:00      Main Street Acquisition Corp., assignee,
                  of HSBC CARD SERVICES (III) INC.,    c o Becket and Lee LLP,    POB 3001,
                  Malvern, PA 19355-0701
12758213         EDI: MERRICKBANK.COM Jun 03 2017 00:53:00      Merrick Bank,    Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
13028223         EDI: AIS.COM Jun 03 2017 00:53:00      Midland Funding LLC,    by American InfoSource LP as agent,
                  Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
12814513         EDI: PRA.COM Jun 03 2017 00:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
12823549        +E-mail/Text: cop@santander.us Jun 03 2017 00:52:31      Sovereign Bank, N.A.,
                  3 Huntington Quad., Suite 101N,    Melville, NY 11747-4624
12825850        +EDI: WFFC.COM Jun 03 2017 00:53:00      WELLS FARGO BANK, NA, Et al,
                  AMERICA'S SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
                  3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
12713005        +EDI: WFFC.COM Jun 03 2017 00:53:00      Wells Fargo Bank, N.A.,    100 W Washington Street,
                  Phoenix, AZ 85003-1828
                                                                                              TOTAL: 19
```

```
District/off: 0313-4          User: admin              Page 2 of 3              Date Rcvd: Jun 02, 2017
                              Form ID: 3180W           Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13661163*        Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                  PO Box 1047 Hartford, CT 06143-1047
13081546*        Green Tree Servicing LLC,    PO BOX 0049,    Palantine, IL 60055-0049
13028916*        Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
                                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:

```
              ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A.SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CHARLES J. PHILLIPS    on behalf of Plaintiff Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHARLES J. PHILLIPS    on behalf of Debtor Job H. Van Leusden cphillips@leisawitzheller.com,
               ebucher@leisawitzheller.com;medwards@leisawitzheller.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Defendant    JP Morgan Chase Bank, National Association
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    Bank of America paeb@fedphe.com
              D. TROY SELLARS    on behalf of Defendant    BANK OF AMERICA paeb@fedphe.com
              EDEN R. BUCHER    on behalf of Debtor Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              EDEN R. BUCHER    on behalf of Plaintiff Job H. Van Leusden ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., Jeniece@MVRLAW.COM,
               bonnie@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
               FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.
               Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. DBA AMERICAS SERVICING COMPANY
               paeb@fedphe.com
```

```
District/off: 0313-4          User: admin              Page 3 of 3                  Date Rcvd: Jun 02, 2017
                              Form ID: 3180W           Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JEROME B. BLANK    on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor   JPMorgan Chase Bank, National Association
               kfialkoff@duanemorris.com
              KENYA D. BATES    on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP paeb@fedphe.com
              KEVIN H. BURAKS    on behalf of Creditor   City of Reading kburaks@portnoffonline.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
              LESLIE J. RASE    on behalf of Creditor   PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP paeb@fedphe.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor   SETERUS, INC SERVICING AGENT FOR FANNIE MAE
               marty@mvrlaw.com, erin@mvrlaw.com
              MARTHA E. VON ROSENSTIEL    on behalf of Defendant   Seterus, Inc. marty@mvrlaw.com,
               erin@mvrlaw.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor   Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 43
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Job H. Van Leusden** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8408** <br> EIN __–_____ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **12–12493–ref** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Job H. Van Leusden

_6/1/17_                                              **By the court:**    _Richard E. Fehling_
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2